## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Date of Arrest: July 27, 2019

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff, | ) Magistrate's Case No. **19-1582MJ** |
| Vs. | ) 21 U.S.C. § 841 (a)(1) |
| | ) and (b)(1)(A)(viii), Possession of |
| Rosa Isela SOLORZANO-Gaxiola, | ) a Controlled Substance with Intent |
| 　　　　Defendant. | ) to Distribute (Methamphetamine) |
| YOB: 1996 | ) Count One |
| Mexican National/ BCC Holder | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about July 27, 2019, near mile marker 17 on Interstate 8, Yuma, Yuma County, Arizona, within the District of Arizona, the defendant, Rosa Isela SOLORZANO-Gaxiola, did intentionally and knowingly possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

And the Complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Luis Uhl

for JHUSBP

for Alfredo Barajas
Task Force Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, July **29**, 2019, at Yuma, Arizona.

The Honorable James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
Vs.
Rosa Isela SOLORZANO-Gaxiola

## STATEMENT OF FACTS

I, Task Force Agent Alfredo Barajas, being duly sworn, declare the following:

On July 27, 2019, at approximately 0945 hours, Rosa Isela SOLORZANO-Gaxiola (SOLORZANO) and Luis Antonio ESPINOZA presented themselves at the fixed United States Border Patrol immigration checkpoint, located at mile marker 17 in the east-bound lanes of Interstate 8 between Yuma and Wellton, in Yuma County, Arizona, within the District of Arizona. SOLORZANO, the driver, and ESPINOZA, the passenger, presented themselves in a blue Toyota Corolla, bearing Sonoran Mexican license plate 989-SZB-7. A narcotics detection dog positively alerted to the odor of narcotics emanating from the blue Toyota Corolla. The Canine Border Patrol Agent (BPA) referred SOlORZANO, ESPINOZA and the blue Toyota Corolla to the checkpoint's secondary inspection area for further inspection and examination.

In the secondary vehicle lot, Border Patrol Agents searched the blue Toyota Corolla and discovered a total of 14 packages located in the vehicles driver and passengers rocker panels. The contents of one package was probed and a white crystal like substance was extracted and tested positive for the properties of methamphetamine. The total weight of all packages was 35 pounds (16 kilograms).

During a post-*Miranda* interview with Special Agents from

the Drug Enforcement Administration (DEA), SOLORZANO stated that she was forced to smuggle drugs into the United States. She also stated that the destination for delivery of the vehicle was Gila Bend, Arizona.

During a post-*Miranda* interview with Special Agents from the DEA, ESPINOZA stated that he accompanied SOLORZANO on this trip to Gila Bend, Arizona due to their romantic relationship, but claims to have no knowledge of the narcotics found in the blue Toyota Corolla.

Based on the foregoing, there is probable cause to believe that Rosa Isela SOLORZANO-Gaxiola committed the offenses as alleged in the Complaint.

for Alfredo Barajas
Task Force Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, July 29, 2019, at Yuma, Arizona.

The Honorable James F. Metcalf
United States Magistrate Judge

## Probable Cause Statement

On July 27, 2019, at approximately 0945 hours, Rosa Isela
SOLORZANO-Gaxiola and Luis Antonio ESPINOZA presented
themselves at the fixed United States Border Patrol
immigration checkpoint, located at mile marker 17 in the
east-bound lanes of Interstate 8 between Yuma and Wellton,
in Yuma County, Arizona, within the District of Arizona.
SOLORZANO, the driver, and ESPINOZA, the passenger,
presented themselves in a blue Toyota Corolla, bearing
Sonoran Mexican license plate 989-SZB-7. A narcotics
detection dog positively alerted to the odor of narcotics
emanating from the blue Toyota Corolla. The Canine Border
Patrol Agent (BPA) referred SOlORZANO, ESPINOZA and the
blue Toyota Corolla to the checkpoint's secondary
inspection area for further inspection and examination.

In the secondary vehicle lot, Border Patrol Agents searched
the blue Toyota Corolla and discovered a total of 14
packages located in the vehicles driver and passengers
rocker panels.  The contents of one package was probed and
a white crystal like substance was extracted and tested
positive for the properties of methamphetamine. The total
weight of all packages was 35 pounds (16 kilograms).

During a post-*Miranda* interview with Special Agents from
the Drug Enforcement Administration (DEA), SOLORZANO stated
that she was forced to smuggle drugs into the United
States. She also stated that the destination for delivery
of the vehicle was Gila Bend, Arizona.

During a post-*Miranda* interview with Special Agents from
the DEA, ESPINOZA stated that he accompanied SOLORZANO on
this trip to Gila Bend, Arizona due to their romantic
relationship, but claims to have no knowledge of the
narcotics found in the blue Toyota Corolla.

Based on the foregoing, there is probable cause to believe
that Rosa Isela SOLORZANO-Gaxiola committed the offenses as
alleged in the Complaint.

Executed on: Date 07/27/2019 at 1500 hours

US v. RIVAS-Ochoa

Signed: _____
Task Force Agent, Alfredo Barajas

### Finding of Probable Cause

On the basis of the facts presented in the foregoing
Probable Cause Statement, consisting of two pages, I find
Probable Cause to believe that the defendant named therein
committed the offense on the date 07/27/2019, in violation
of Title 21, United States Code, Sections 841 (a)(1) and
(b)(1)(A)(viii).

Finding Made on: Date 7|27|19 Time 1645 hrs.

Signed: 
     James F. Metcalf
     United States Magistrate Judge